*Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 534. KENNEDY *v.* TENNESSEE. Supreme Court of Tennessee. Certiorari denied. *Thurgood Marshall, W. Robert Ming* and *Z. Alexander Looby* for petitioner. *Nat Tipton* for respondent.

No. 569. ASPINOOK CORPORATION *v.* BRIGHT, U. S. DISTRICT JUDGE. C. C. A. 2d. Certiorari denied. *Dean Hill Stanley* and *Thomas F. Daly* for petitioner. *Milton Paulson* for respondent.

No. 164, Misc. McGUIRE ET AL. *v.* UNITED STATES. C. C. A. 6th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 167, Misc. WILLIAMS *v.* UNITED STATES. C. C. A. 6th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.

No. 169, Misc. BYRD *v.* PESCOR, WARDEN. C. C. A. 8th. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 176, Misc. NOLAN *v.* UNITED STATES. C. C. A. 8th. Certiorari denied. Petitioner *pro se. Solicitor*

*General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 183, Misc.  CALDWELL  *v.*  HUNTER,  WARDEN. C. C. A. 10th.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 184, Misc.  THOMAS *v.* HUNTER, WARDEN.  C. C. A. 10th.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for respondent.

No. 188, Misc.  BANKEY *v.* SANFORD, WARDEN.  C. C. A. 5th.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 199, Misc.  OWENS *v.* UNITED STATES.  C. C. A. 5th.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 205, Misc.  SPENCER *v.* PESCOR, WARDEN.  C. C. A. 8th.  Petitioner *pro se.*  *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 223, Misc.  FERRELL  *v.*  RAGEN,  WARDEN.  Supreme Court of Illinois.  Certiorari denied.